FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR07-522 -ODW
CR 07 -126b -ODW
CR 07 -1269 -ODW

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Ati Khalil Elreda

    Defendant.

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ☒   the appearance of defendant as required; and/or

(B)   ☒   the safety of any person or the community.

//
//

The court concludes:

A.  ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_- nature of alleged violation_
_- past criminal history_

(B)  ( )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_- absence of current info r:_
_ties to community +_
_available bail resources_

IT IS ORDERED that defendant be detained.

DATED:  8/13/10

                            _Carla M. Woehrle_
                            JOHN E. MCDERMOTT   CARLA WOEHRLE
                            UNITED STATES  MAGISTRATE JUDGE

2